| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Vestoge Frederick MD, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **85-4149404**

4. **Debtor's address**

   **Principal place of business**  
   **44801 Pipeline Plaza, Suite 315**  
   **Ashburn, VA 20147**  
   Number, Street, City, State & ZIP Code

   **Loudoun**  
   County

   **Mailing address, if different from principal place of business**  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   **Frederick, MD**  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 1

Debtor  **Vestoge Frederick MD, LLC**        Case number (*if known*) _____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor  **Vestoge Frederick MD, LLC**  Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:* |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?**  _____
                                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**  .  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49                     ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                    ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199                  ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15.** **Estimated Assets**

☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☑ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000                ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **Vestoge Frederick MD, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/22/2024**
MM / DD / YYYY

**VESTOGE FREDERICK MD, LLC**
**By: Vestoge Ventures LLC, its Manager**

**X /s/ Ramesh Kalwala**
Signature of authorized representative of debtor

**By: Ramesh Kalwala**
Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ Brent C. Strickland**
Signature of attorney for debtor

Date **01/22/2024**
MM / DD / YYYY

**Brent C. Strickland**
Printed name

**Whiteford, Taylor & Preston L.L.P.**
Firm name

**111 Rockville Pike, Suite 800**

**Rockville, MD 20852**
Number, Street, City, State & ZIP Code

Contact phone **(410) 347-9402**   Email address **bstrickland@whitefordlaw.com**

**22704 MD**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | ) |
| | ) |
| VESTOGE FREDERICK MD, LLC | )   Case No.: 24-_____ |
| | ) |
| Debtor. | )   **Chapter 11** |
| | ) |

**CORPORATE RESOLUTION**

The undersigned, being all of the members of Vestoge Frederick MD, LLC, a limited liability company organized under the laws of the State of Maryland (the "Company"), do hereby certify that the resolutions attached hereto as **Exhibit A** were duly adopted by a majority of the members of the Company, which resolutions have not been amended, modified, or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF,** the undersigned has signed this certificate and affixed the corporate seal thereto on January 22, 2024.

/s/ Ramesh Kalwala
_____
Vestoge Frederick MD, LLC
By: Vestoge Ventures LLC, its Manager
By: Ramesh Kalwala, Member

# EXHIBIT A

## RESOLUTION OF ACTION OF
## VESTOGE FREDERICK MD, LLC

**WHEREAS,** the undersigned Members of Vestoge Frederick MD, LLC (the "Company") have determined that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that the filing by the Company of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland , or such other appropriate venue (the "Bankruptcy Court"), be, and it hereby is, authorized and approved; and it is further

**RESOLVED,** that Ramesh Kalwala be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court; and it is further

**RESOLVED,** that Mr. Kalawal, and such other Agent as he shall from time to time designate (each a "Representative") in his sole and absolute discretion, be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized and directed to retain legal counsel of his choosing to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Agent shall approve; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED,** that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved this 6th day of his 19th day of July, 2023, the Member of the Company has set his hand adopting the foregoing resolutions.

*[signature]*
_____
Vivalia, Inc.
By: varun bongu
_____

_____
Boston Frederick Group, LLC
By:_____

_____
Nagalatha Rani Gollapalli

*Sreedhar Puppali*
_____
Sreedhar Puppali

_____
OJAS LLC
By:_____

*[signature]*
_____
Quest Trust Company IRA# 4160211

*Anvesh Elisetty*
_____
Anvesh Elisetty

*Shri Harsha Gangi Reddy*
_____
Shri Harsha

_____
Hari Cherukuri

_____
AVR Investments, Inc.
By:_____

_____
Vishnu Vardhan Reddy Nanikonda


_____
MD Frederick LLC
By:_____


_____
Anil Dacha


_____
Smart Steps Financial Services LLC
By: Sreenath Nall


_____
Magicstake LLC
By: Sreedhar Illel


_____
Suresh Tatiparti


_____
Avani LLC
By: Rajasekhar R


_____
Nagamani Karnati


_____
Vestoge Ventures LLC
By: Krishna Gopu

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vestoge Frederick MD, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/22/2024         **X** /s/ Ramesh Kalwala
                                Signature of individual signing on behalf of debtor

                                **Ramesh Kalwala, Member**
                                Printed name

              **Vestoge Frederick MD, LLC**
              **By: Vestoge Ventures LLC, its Manager**
                 **By: Ramesh Kalwala, Member**

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Vestoge Frederick MD, LLC**
United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Devlan/Yowaiski Mill LLC** 11654 Plaza America Dr., #293 Reston, VA 20190 | | **Development Agreement** | **Unliquidated Disputed** | | | Unknown |
| **Drees Homes of DC Inc.** 8551 Rixlew Lane, Suite 230 Manassas, VA 20109 | | **Lot Purchase Agreement** | **Unliquidated** | | | Unknown |
| **Snyder Environmental Services, Inc.** 270 Industrial Blvd. Kearneysville, WV 25430 | | **Mechanics Lien** | **Disputed** | | | $536,465.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

In re **Vestoge Frederick MD, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **11,097.00** |
   | Prior to the filing of this statement I have received | $ **11,097.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 22, 2024**  
*Date*

**/s/ Brent C. Strickland**  
**Brent C. Strickland**  
*Signature of Attorney*  
**Whiteford, Taylor & Preston L.L.P.**  
**111 Rockville Pike**  
**Suite 800**  
**Rockville, MD 20852**  
**(410) 347-9402**  
**bstrickland@whitefordlaw.com**  
*Name of law firm*

**United States Bankruptcy Court**
**District of Maryland**

In re   **Vestoge Frederick MD, LLC**                                  Case No.
                                  Debtor(s)                            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   01/22/2024                         /s/ Ramesh Kalwala

                                           Vestoge Frederick MD, LLC
                                            By: Vestoge Ventures LLC, its Manager
                                             By: Ramesh Kalwala, Member

```
Bank of Romney
95 E Main Street
Romney, WV 26757



Devlan/Yowaiski Mill LLC
11654 Plaza America Dr., #293
Reston, VA 20190



Drees Homes of DC Inc.
8551 Rixlew Lane, Suite 230
Manassas, VA 20109



Snyder Environmental Services, Inc.
270 Industrial Blvd.
Kearneysville, WV 25430
```

# United States Bankruptcy Court
### District of Maryland

In re **Vestoge Frederick MD, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vestoge Frederick MD, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 22, 2024**  
Date

**/s/ Brent C. Strickland**  
**Brent C. Strickland**  
Signature of Attorney or Litigant  
Counsel for **Vestoge Frederick MD, LLC**  
**Whiteford, Taylor & Preston L.L.P.**  
**111 Rockville Pike**  
**Suite 800**  
**Rockville, MD 20852**  
**(410) 347-9402**  
**bstrickland@whitefordlaw.com**